UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against
Arturo Penilla-Perez

(Alias) _____

Please PRINT Clearly

07mj01170-1
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF
APPEARANCE

TO:   JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF
                                                ADMISSION. MO. __June__ YR. _1974_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NEW YORK__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
8-20-07

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Lawrence M. Herrmann
Attorney for Defendant

Firm name if any

37-51 76th Street
Street address

Jackson Heights,  New York  11372
City                State           Zip

(718) 779-6630
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186